UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN T. TUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01633-JPH-TAB |
| | ) | |
| BRANDON MILLER, | ) | |
| AMANDA COPELAND, | ) | |
| ARAMARK CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by his complaint, and this action is dismissed **with prejudice.**

Date: 9/30/2022

Roger A. G. Sharpe, Clerk
United States District Court

*Pam Pope*

By: Deputy Clerk

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

STEVEN T. TUCK
982012
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Christopher Douglas Cody
HUME SMITH GEDDES GREEN & SIMMONS
ccody@humesmith.com

Georgianna Q. Tutwiler
HUME SMITH GEDDES GREEN & SIMMONS
gquinn@humesmith.com